NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARL ALEXANDER JORDAN,
DOC #N09262,

        Appellant,

v.                             Case No. 2D18-1980

STATE OF FLORIDA,

        Appellee.


Opinion filed May 3, 2019.

Appeal from the Circuit Court for
Pinellas County; Frank Quesada,
Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


MORRIS, SALARIO, and BADALAMENTI, JJ., Concur.